**QUILL & ARROW LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
Gregory Sogoyan (SBN 316832)
gsogoyan@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024

Attorney for Plaintiffs,
**DIMITRI MARTYANOV**
**RBI PRODUCTIONS LLC**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost, Esq. (SBN 271294)
st@thetafirm.com
Mehgan Gallagher, Esq. (SBN 338699)
mg@thetafirm.com
15901 Hawthorne Blvd., Suite 270
Lawndale, CA 90260

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI MARTYANOV, an individual, and RBI PRODUCTIONS LLC, an Arizona Limited Liability Company, <br><br> Plaintiffs, <br> vs. <br><br> MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No: 2:23-cv-00705-SVW-AGR <br><br> District Judge: Stephen V. Wilson <br><br> **JOINT NOTICE OF SETTLEMENT** |

1

JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs, DIMITRI MARTYANOV and RBI PRODUCTIONS LLC, and Defendant, MERCEDES-BENZ USA, LLC, (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses have not resolved and Plaintiffs intend to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiffs and after payment of Plaintiffs' attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: June 15, 2023,                QUILL & ARROW LLP

                                     By _/s/ Kevin Y. Jacobson_____
                                     Kevin Y. Jacobson, Esq.
                                     Gregory Sogoyan, Esq.
                                     Attorneys for Plaintiffs,
                                     **DIMITRI MARTYANOV**
                                     **RBI PRODUCTIONS LLC**

Dated: June 19, 2023,                THETA LAW FIRM, LLP

                                     By: _/s/ Mehgan Gallagher_____
                                     Soheyl Tahsildoost, Esq.
                                     Mehgan Gallagher, Esq.
                                     Attorneys for Defendant,
                                     **MERCEDES-BENZ USA, LLC**