**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
Attorney for Plaintiffs,
**DIMITRI MARTYANOV AND RBI PRODUCTIONS LLC**

**THETA LAW FIRM LLP**
Soheyl Tahsildoost, Esq. (SBN 271294)
st@thetafirm.com
Mehgan Gallagher, Esq. (SBN 338699)
mg@thetafirm.com
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Attorneys for Defendant,
**MERCEDES-BENZ USA LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI MARTYANOV, an individual, and RBI PRODUCTIONS LLC, an Arizona Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No: 2:23-CV-00705-SVW-AGR<br><br>*District Judge: Stephen V. Wilson*<br>*Magistrate Judge: Alicia G. Rosenberg*<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Date Complaint Filed: January 31, 2023 |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiffs DIMITRI MARTYANOV and RBI PRODUCTIONS LLC, and Defendant, MERCEDES-BENZ USA LLC, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Dated:   November 7, 2023         **THETA LAW FIRM LLP**

By:   */s/ Mehgan Gallagher*
Soheyl Tahsildoost, Esq.
Mehgan Gallagher, Esq.
Attorneys for Defendant,
**MERCEDES-BENZ USA LLC**

Dated:   November 7, 2023         **QUILL & ARROW LLP**

By:   [signature]
Kevin Y. Jacobson, Esq.
Attorney for Plaintiffs,
**DIMITRI MARTYANOV**
**RBI PRODUCTIONS LLC**