# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI MARTYANOV, an individual, and RBI PRODUCTIONS LLC, an Arizona Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No: 2:23-CV-00705-SVW-AGR<br><br>*District Judge: Stephen V. Wilson*<br>*Magistrate Judge: Alicia G. Rosenberg*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: November 17, 2023   By: _____
U.S. DISTRICT COURT JUDGE

1
[PROPOSED] ORDER OF DISMISSAL